UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

SANMINGSHI SANYUANQU CHIYU
BAIHUO SHANGHANG,

          Plaintiff,

    v.

GOODEGG STUFF LLC,

          Defendant.

NO. 2:25-cv-02586-JHC

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME**

**NOTED FOR CONSIDERATION:**
JANUARY 20, 2026

      Before the Court is Defendant GoodEgg Stuff LLC's ("Defendant") Unopposed Motion for Extension of Time in which to file its response to Plaintiff's Complaint. Dkt. # 6. Finding that the parties have agreed to such an extension and that good cause exists to support the same, the Court hereby GRANTS Defendant's Motion. Defendant shall file its response to Plaintiff's Complaint no later than March 23, 2026.

      IT IS SO ORDERED.

      DATED this 21st day of January, 2026.

_John H. Chun_

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER RE: DEFENDANT'S UNOPPOSED MOTION FOR
EXTENSION OF TIME - 1
CASE NO. 2:25-cv-02586-JHC