UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

SANMINGSHI SANYUANQU CHIYU BAIHUO SHANGHANG,

Plaintiff,

v.

GOODEGG STUFF LLC,

Defendant.

NO. 2:25-cv-02586-JHC

**JOINT MOTION & ORDER FOR EXTENSION OF TIME**

COMES NOW Defendant GoodEgg Stuff LLC ("GoodEgg") and Plaintiff Sanmingshi Sanyuanqu Chiyu Baihuo Shanghang ("Plaintiff"), by and through undersigned counsel, to jointly move this Court for a 14-day extension of GoodEgg's time to file its response to Plaintiff's Complaint, up to and including Monday, April 6, 2026.

GoodEgg previously filed an unopposed Motion for Extension of Time on January 20, 2026. Dkt. [6]. GoodEgg intends to file a Motion to Dismiss or transfer this action for lack of personal jurisdiction and has conferred with counsel for Plaintiff regarding the same. Counsel for Plaintiff has requested additional time to consider GoodEgg's forthcoming Motion, which may obviate the need for additional motion practice. This request is not made for purposes of harassment or delay, and it will not prejudice the interest of any party to this case. A proposed order is submitted herewith.

JOINT MOTION & ORDER FOR EXTENSION OF TIME - 1
CASE NO. 2:25-cv-02586-JHC

RESPECTFULLY SUBMITTED AND DATED this 23rd day of March, 2026.

TERRELL MARSHALL LAW GROUP PLLC

By: */s/ Beth E. Terrell*
    Beth E. Terrell, WSBA No. 26759
    Email: bterrell@terrellmarshall.com
    1700 Westlake Avenue North, Suite 300
    Seattle, Washington 98109
    Telephone: (206) 816-6603
    Facsimile: (206) 319-5450

*Attorneys for Defendant*

GLACIER LAW LLP

By: */s/ Ruoting Men*
    Ruoting Men, WSBA No. 63842
    Email: ruoting.men@glacier.law
    506 Second Avenue, Suite 1516
    Seattle, Washington 98104
    Telephone: (212) 729-5049

*Attorneys for Plaintiff*

JOINT MOTION & ORDER FOR EXTENSION OF TIME - 2
CASE NO. 2:25-cv-02586-JHC

**ORDER**

Before the Court is Defendant GoodEgg Stuff LLC's ("Defendant") and Plaintiff Sanmingshi Sanyuanqu Chiyu Baihuo Shanghang's ("Plaintiff") Joint Motion for Extension of Time in which to file its response to Plaintiff's Complaint.  Finding that the parties have agreed to such an extension and have agreed that good cause exists to support the same, the Court hereby GRANTS Defendant's Motion.  Defendant shall file its response to Plaintiff's Complaint no later than April 6, 2026.

IT IS SO ORDERED.


DATED this 23rd day of March, 2026.


*John H. Chun*

JOHN H. CHUN
UNITED STATES DISTRICT COURT